UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE BARAN, | ) Case No. 2:17-cv-02606 WBS DB |
| Plaintiffs, | ) **ORDER SETTING SETTLEMENT** |
| | ) **CONFERENCE** |
| vs. | ) |
| | ) |
| THE NORTHWESTERN MUTUAL LIFE | ) |
| INSURANCE COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter for a settlement conference on December 13, 2018 at 9:30 a.m. In addition, the Court **ORDERS**:

    1.      Unless otherwise permitted in advance by the Court, **the attorneys who will try the case SHALL** appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any reasonable terms**[1]discussed at the conference.

    2.      Consideration of settlement is a serious matter that requires preparation prior to the settlement conference. Set forth below are the procedures the Court will employ, absent good cause, in conducting the conference.

---

[1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like may be represented by a person whose recommendations about settlement are relied upon by the ultimate decision makers.

1

a.      **No later than November 30, 2018**, the plaintiff **SHALL** submit to the defendant via fax or e-mail, a written itemization of damages and a meaningful[2] settlement demand which includes a brief explanation of why such a settlement is appropriate.  Thereafter, **no later than December 6, 2018,** the defendant **SHALL** respond via fax or e-mail, with an acceptance of the offer or with a meaningful counteroffer, which includes a brief explanation of why such a settlement is appropriate.  If it appears productive, the parties **SHALL** continue to exchange offers until settlement is achieved or it appears settlement cannot be achieved absent the Court's assistance.

If settlement is not achieved through this exchange, each party **SHALL** attach copies of their settlement offers to their Confidential Settlement Conference Statement, as described below.  Copies of these documents shall not be filed on the court docket.

b.      **No later than December 10, 2018**, the parties shall submit by e-mail to JLTOrders@caed.uscourts.gov, a confidential settlement conference statement.  The statement **should not be filed** with the Clerk of the Court **and need not be served on any other party**. The parties may file a Notice of Lodging of Settlement Conference Statement.  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.

c.      The confidential settlement conference statement shall include the following:

1.      A brief statement of the facts of the case.

2.      A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

3.      A summary of the proceedings to date.

4.      An estimate of the cost and time to be expended for further discovery, pretrial and trial.

5.      The relief sought.

---

[2] "Meaningful" means the offer is **reasonably calculated** to settle the case on terms acceptable to the other party. "Meaningful" does not include an offer which the offering party knows will not be acceptable to the opponent.  If, however, the offering party is only willing to offer a settlement which it knows the other party will not accept, this should trigger a recognition the case is not in a settlement posture and the parties should confer about continuing the settlement conference via stipulation.

6. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

Dated: __November 24, 2018__          __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE