| | |
|---|---|
| 1 | Alan M. Laskin, SBN: 148858 |
| | E-mail:alaskin@laskinlaw.com |
| 2 | Jeffrey C. Arnold, SBN: 307748 |
| | E-mail:jarnold@laskinlaw.com |
| 3 | LAW OFFICE OF ALAN M. LASKIN |
| | 1810 "S" Street |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 329-9010 |
| 5 | Facsimile:  (916) 442-0444 |

Attorneys for Plaintiff
DENISE BARAN

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DENISE BARAN, | No. 2:17-cv-02606-WBS-DB |
| Plaintiff, | **Stipulation and Order to Modify Scheduling Order** |
| v. | |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY and DOES 1 TO 100, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 143 the parties stipulate and ask the Court to Order that the scheduling order entered on April 3, 2018 (ECF No. 11) be modified by moving the discovery deadline from December 14, 2018 to January 14, 2019.

"The district court is given broad discretion in supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. Southern California Edison Co*., 302 F.3d 1080, 1087 (9th Cir. 2002)quoting Johnson, 975 F.2d

1

at 607).

Good cause exists for this extension. The parties have been attempting to schedule the depositions of Defendant's employees who are located in Milwaukee, Wisconsin. Dates that are mutually available for the deponents, Plaintiff's counsel, and Defendant's counsel have been unattainable. Although Plaintiff has set the sought after depositions for December 10 and 11, 2018, Defendant's counsel has informally indicated that neither she nor the witnesses are available on December 10, 2018 and Plaintiff's counsel is not available the remainder of that week.

This matter was mediated unsuccessfully on October 12, 2018. Prior to the mediation, the parties had exchanged responses to written discovery, including document requests, exchanged supplemental discovery upon further mutual requests, and conducted third-party discovery and informal discovery. Following the unsuccessful mediation, depositions were scheduled and the parties worked together to try to find available dates for depositions in Milwaukee, Wisconsin, where the Defendant-affiliated witnesses, including employees, are located. Despite both parties' diligence in attempting to set the depositions in Milwaukee, Wisconsin, mutual dates of availability could not be found.

Furthermore, the matter is currently set for an early Mandatory Settlement Conference before Magistrate Judge Jennifer L. Thurston for December 13, 2018. The short extension of the discovery and dispositive motion periods requested would allow the parties to focus on their settlement evaluations and preparation for the Mandatory Settlement Conference and, in the event the matter resolves during the settlement conference, the need and expense for travel to Wisconsin would be obviated.

For these reasons, the parties request that the Court move the discovery deadline from December 14, 2018 to January 14, 2019. The pre-trial conference date and the trial date would not be effected by the requested continuance. Moreover, the Mandatory Settlement Conference scheduled for the same time as the Pre-trial Conference would be completed by the end of this year, under the modified schedule proposed by the parties.

//

//

LA #4811-7248-4993 v1

| | | |
|---|---|---|
| | | Respectively submitted, |
| Dated: | | November 27, 2018 |
| | | |
| | | /s/ Alan M. Laskin |
| | | _____ |
| | | Alan M. Laskin<br>Attorney for Plaintiff,<br>Denise Baran |

Dated: November 27, 2018

/s/ Edith Shea

_____

Edith Shea
Attorney for Defendant,
Northwestern Mutual

LA #4811-7248-4993 v1

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: December 3, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\baran2606.stip.sched.eot.ord

4