UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE BARAN,<br><br>Plaintiff,<br><br>v.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY; AND DOES 1-100, inclusive,<br><br>Defendants. | No. 2:17-cv-2606 WBS DB<br><br>ORDER |

On November 16, 2018, defendant The Northwestern Mutual Life Insurance Company filed a motion to compel along with the parties' Joint Statement Re Discovery Disagreement pursuant to Local Rule 251(a). (ECF No. 16.) On November 27, 2018, the undersigned issued an order denying the motion without prejudice to renewal for failing to properly meet and confer in compliance, in part, with the undersigned's "Standard Information." (ECF No. 18 at 2.) The order provided the parties the web address to the undersigned's Standard Information. (Id.)

On November 30, 2018, defendant again filed a motion to compel along with the parties' Joint Statement Re Discovery Disagreement. (ECF No. 23.) The motion is noticed for hearing before the undersigned on December 7, 2018. The notice of motion states, in relevant part, that it is brought "pursuant to . . . the Court's standing order[.]" (Id. at 2.)

1

| | |
|---|---|
| 1 | However, as explained in the undersigned's Standard Information re discovery disputes |
| 2 | set forth on the court's web page and found at the web address previously cited to the parties, |
| 3 | joint statements filed before the undersigned shall not exceed twenty-five pages, excluding |
| 4 | exhibits. See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states- |
| 5 | magistrate-judge-deborah-barnes-db. Here, the parties' joint statement consists of twenty-eight |
| 6 | pages, excluding exhibits. |
| 7 | Accordingly, IT IS HEREBY ORDERED that: |
| 8 | 1. The December 7, 2018 hearing of defendant's motion to compel (ECF No. 23) is |
| 9 | continued to **Friday, December 21, 2018,** at **10:00 a.m.**, at the United States District Court, 501 I |
| 10 | Street, Sacramento, California, in Courtroom No. 27, before the undersigned; and |
| 11 | 2. On or before **December 14, 2018**, the parties shall file a joint statement that complies |
| 12 | with the Local Rules and the undersigned's Standard Information. |
| 13 | Dated: December 3, 2018 |

_\[Signature\]_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\baran2606.pg.limit.ord