UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DENISE BARAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02606-WBS-DB<br>[Honorable William B. Stubb]<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Upon consideration of parties' stipulation to dismiss the entire action with prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action shall be dismissed with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 11, 2019

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE